UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSE S. LUNA LUNA, | No. EDCV 08-0890 AJW |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

**IT IS ADJUDGED** that defendant's decision is **reversed**, and this case is **remanded** to defendant for further administrative proceedings consistent with this memorandum of decision.

DATED: October 13, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge